USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY BERNICE BROWN,

        Plaintiff,

-against-

NATIONAL BASKETBALL ASSOCIATION;
TAMERA YOUNG, WBNA Athlete,

        Defendants.

1:19-CV-6434-GHW

CIVIL JUDGMENT

Pursuant to the order issued December 23, 2019, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims against the National Basketball Association for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court dismisses Plaintiff's claims against Young because those claims have been brought in the wrong venue. 28 U.S.C. § 1406(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 2, 2020
        New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge