UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2020
```

KIMBERLY BERNICE BROWN,

                Plaintiff,

-against-

NATIONAL BASKETBALL ASSOCIATION; TAMERA YOUNG, WBNA Athlete,

                Defendants.

1:19-cv-6434-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 11, 2020, the Court received the email attached to this order. In the email, Plaintiff asks, among other things, that the Court "confirm" the transfer of her case to New Jersey. In response, the Court notes the following.

First, the Court dismissed this case by order on December 30, 2019. Dkt. No. 16. Judgment was entered on January 2, 2020. Dkt. No. 17. On January 22, 2020, the Court received Plaintiff's request for an extension of time to appeal the Court's decision. On January 23, 2020, the Court denied that request. To the Court's knowledge, Plaintiff never appealed the Court's judgment, which became final. Because the Court dismissed the case, and final judgment was entered with respect to that dismissal, there is no case before the Court. Because there is no case before the Court, there is no case for the Court to transfer.

Second, the Court has not received a written request from Plaintiff to transfer the case. The Court does not communicate *ex parte* with litigants. No member of the Court's staff told Plaintiff that her case would be transferred—as described above, there is no case to transfer. To the extent that Plaintiff wishes to communicate with the Court, she is directed to send a letter to the Pro Se Intake Unit. Plaintiff is directed not to email the Court's chambers email box. During

the continuance of the COVID-19 pandemic, *pro se* filings can be made by email to the email address designated on the Court's website.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and Defendants by first class and certified mail, and note service on the docket.

SO ORDERED.

Dated:   May 12, 2020

_____
GREGORY H. WOODS
United States District Judge

| | |
|---|---|
| **From:** | TheChroniclesOf MsBrown |
| **To:** | Woods NYSD Chambers |
| **Subject:** | Transfer Case: Brown vs NBA |
| **Date:** | Monday, May 11, 2020 2:32:40 PM |

Previously, I spoke with a clerk for the chamber who stated that my request for venue transfer would be handled.

I, Kimberly Bernice Brown, am following up to confirm the venue transfer, and indicate that I am requesting a venue transfer to New Jersey, which is where I reside.

When will I receive confirmation and location of the proper venue?

The case was originally filed Pro Se: Brown vs National Basketball Association, and Tamera Young.

Kimberly B. Brown