```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY BERNICE BROWN,

                Plaintiff,

-against-

NATIONAL BASKETBALL ASSOCIATION;
TAMERA YOUNG, WBNA Athlete,

                Defendants.

1:19-cv-6434-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 30, 2020, Plaintiff filed a motion for extension of time to file a notice of appeal. To the extent that this motion is directed to the Court, that application is denied.

The Court notes that, in this motion, Plaintiff stated that the reason she did not timely appeal the Court's January 2, 2020 dismissal of this case was because she "was unaware that this option was available to [her] case." Dkt. No. 23. But on January 13, 2020, Plaintiff wrote the Court requesting "an extension to appeal the court's decision" to dismiss this case. *See* Dkt. No. 18. The Court received that letter on January 22, 2020, and denied it the same day. *See* Dkt. No. 19.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail, and note service on the docket.

SO ORDERED.

Dated:   July 31, 2020

_____<br>
GREGORY H. WOODS<br>
United States District Judge