USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY BERNICE BROWN,

            Plaintiff,

-against-

NATIONAL BASKETBALL ASSOCIATION;
TAMERA YOUNG, WBNA Athlete,

            Defendants.

1:19-cv-6434-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On March 24, 2022 and March 26, 2022, the Court received emails from Plaintiff. They are attached to this order.

    The Court is not taking any action in response to Plaintiff's emails. Final judgment was entered in this case on January 2, 2020, over two years ago. Dkt. No. 17. Plaintiff's appeal was dismissed by the United States Court of Appeals for the Second Circuit on December 30, 2020. Dkt. No. 27. Because there is no case before this Court, there is no case that might be transferred.

    In addition, Plaintiff is again ordered not to email the Court's chambers email box. As stated in the Court's prior orders, during the continuance of the COVID-19 pandemic, *pro se* filings can be made by email to the email address designated on the Court's website. *See* https://nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court also understands that Melissa Mendoza has been notified of these filings, and has confirmed that she does not represent Plaintiff in this case. If Plaintiff is represented by counsel, counsel is directed to file a notice of appearance.

The Clerk of Court is directed to mail a copy of this order, together with the documents at Dkt. Nos. 14, 16, 17, 20, 21, and 27 to Plaintiff and Defendants by first class and certified mail, and note service on the docket.

SO ORDERED.

Dated: March 27, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

**From:** Ms KBB
**To:** Woods NYSD Chambers
**Cc:** melissa@dereksmithlaw.com
**Subject:** EMERGENCY VENUE TRANSFER: KIMBERLY BERNICE BROWN
**Date:** Thursday, March 24, 2022 7:36:30 PM
**Attachments:** Screenshot_20220324-162550.png

**CAUTION - EXTERNAL:**

Thursday - March 24, 2022

Inform Judge Woods he is required by the court of law to immediately transfer venues of the Kimberly Bernice Brown vs NBA lawsuit based upon my required instructions.

I, Kimberly Bernice Brown, am stating for the lawsuit #19 - cv - 6434, Kimberly Bernice Brown vs NBA to transfer to the United States Supreme Court within the next twenty four hours.

Additionally, the person cc'd on this email contacted this office as well, while the transfer venue correspondence was STILL ignored!

Woods is required to transfer Kimberly Bernice Brown vs NBA to the United States Highest District Supreme Court IMMEDIATELY.

The mailing address is attached. It MUST be made attention to: John G. Roberts Jr., Chief Justice with a cc to Associate Judge Brett Kavanaugh, Associate Justice in a separate package.

Confirm with a certified document when the transfer is completed and out of this court.

Kimberly Bernice Brown

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Ms KBB |
| **To:** | Woods NYSD Chambers |
| **Cc:** | melissa@dereksmithlaw.com |
| **Subject:** | FWD: EMERGENCY VENUE TRANSFER: KIMBERLY BERNICE BROWN |
| **Date:** | Saturday, March 26, 2022 1:11:46 PM |

**CAUTION - EXTERNAL:**

Saturday - March 26, 2022

This email is to confirm (which I know that my emails are being read), that my lawsuit - Kimberly Bernice Brown vs nba - did in fact transfer to the court of my choice as I did advise.

This court is to by any means involve in my lawsuit, other than to TRANSFER VENUE and PUBLISH a PRESS RELEASE or NEWSLETTER stating the transfer of my lawsuit.

I, Kimberly Bernice Brown, as well as other federal officials will monitor the actions of this court as it is obvious that your actions towards my lawsuit have been extremely questionable as well as illegal.

Kimberly Bernice Brown

On Thursday, March 24, 2022, 04:36:21 PM PDT, Ms KBB <ms.kbb@aol.com> wrote:

Thursday - March 24, 2022

Inform Judge Woods he is required by the court of law to immediately transfer venues of the Kimberly Bernice Brown vs NBA lawsuit based upon my required instructions.

I, Kimberly Bernice Brown, am stating for the lawsuit #19 - cv - 6434, Kimberly Bernice Brown vs NBA to transfer to the United States Supreme Court within the next twenty four hours.

Additionally, the person cc'd on this email contacted this office as well, while the transfer venue correspondence was STILL ignored!

Woods is required to transfer Kimberly Bernice Brown vs NBA to the United States Highest District Supreme Court IMMEDIATELY.

The mailing address is attached. It MUST be made attention to: John G. Roberts Jr., Chief Justice with a cc to Associate Judge Brett Kavanaugh, Associate Justice in a separate package.

Confirm with a certified document when the transfer is completed and out of this court.

Kimberly Bernice Brown

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.