USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY BERNICE BROWN,

       Plaintiff,

-against-

NATIONAL BASKETBALL ASSOCIATION;
TAMERA YOUNG, WBNA Athlete,

       Defendants.

1:19-cv-6434-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  On March 27, 2022, the Court ordered Plaintiff to refrain from emailing the Court's chambers email inbox, directing her instead to make *pro se* filings by the means identified on the Court's website. *See* Dkt. No. 28. In two previous orders issued on May 12, 2020 and May 19, 2020, the Court also ordered Plaintiff to refrain from emailing the Court's chamber's inbox, and directed Plaintiff to communicate with the Court though the Southern District of New York's *pro se* office. *See* Dkt. Nos. 20, 21. Notwithstanding those instructions, since March 27, 2022, Plaintiff has emailed the Court's chambers inbox no less than eleven times. *See* Dkt. Nos. 29–39.

  Plaintiff has been repeatedly directed to the appropriate method of communication with the Court, but has not utilized that method. To date, the Court has posted Plaintiff's communications to the docket, but going forward, the Court will not review or consider any emails Plaintiff sends to the Court's chambers inbox.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and Defendants by first class and certified mail, and note service on the docket.

SO ORDERED.

Dated: April 11, 2022
New York, New York

                                    GREGORY H. WOODS
                                    United States District Judge